| | |
|---|---|
| Brandt L. Wolkin, Esq. (SBN 112220) | Stephen M. Hayes, Esq. (SBN 83583) |
| bwolkin@wolkincurran.com | shayes@hayesscott.com |
| Catharine M. Tolson, Esq. (SBN 271223) | Stephen P. Ellingson, Esq. (SBN 136505) |
| ctolson@wolkincurran.com | sellingson@hayesscott.com |
| **WOLKIN · CURRAN, LLP** | **HAYES SCOTT BONINO ELLINGSON** |
| 111 Maiden Lane, Sixth Floor | **GUSLANI SIMONSON & CLAUSE LLP** |
| San Francisco, California 94108 | 999 Skyway Road, Suite 310 |
| Telephone: (415) 982-9390 | San Carlos, California 94070 |
| Facsimile: (415) 982-4328 | Telephone: 650.637.9100 |
| | Facsimile: 650.637.8071 |
| Attorneys for Plaintiff | |
| GLORIA SPALINGER | Attorneys for Defendant |
| | STATE FARM GENERAL INSURANCE |
| | COMPANY (erroneously sued as State Farm |
| | Fire and Casualty Company) |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| GLORIA SPALINGER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation; and DOES 1 through 10, <br><br> Defendants. | Case No.: 5:22-cv-04193-EJD <br><br> **JOINT TRIAL SETTING CONFERENCE STATEMENT** <br><br> JUDGE: The Honorable Edward J. Davila <br><br> Complaint filed: July 19, 2022 |

Pursuant to the Court's February 27, 2023 Case Management Order [Dkt.25], counsel for the below-identified parties hereby submit this Joint Trial Setting Conference Statement in advance of the Trial Setting Conference set for June 15, 2023 at 11:00 am in Courtroom 6 of the San Jose Courthouse located at 280 South 1st Street, San Jose, CA 95113.

**I.    JURISDICTION**

This Court has original jurisdiction over this Complaint pursuant to 28 U.S.C. §1332, in that this controversy involves citizens of different states, and the matter in controversy exceeds the sum of $75,000.00 exclusive of interest and costs. Plaintiff Gloria Spalinger is a Citizen of California, residing in California at all times, and Defendant State Farm Fire and

1.

Casualty Company ("State Farm") is a corporation organized and existing under the laws of the State of Illinois, with its principal place of business in Illinois. The Northern District court is the proper venue in that the insured residence is located in Monterey County, California.

## II.   SUBSTANCE OF THE ACTION

Plaintiff owns a home located on the NE Corner of 10th and Junipero, Carmel-by-the-Sea, California 93921, located in Monterey County, California (the "Property"), and State Farm issued the Property's homeowners policy under Policy No. 05-B8-Y896-5 effective November 4, 2020 through November 4, 2021 (the "Policy"). In October of 2020, Chris Dinner Heating, Inc. ("Chris Dinner") was hired by Plaintiff to replace the furnace and thermostat at the Property. Plaintiff's daughter, Brandi Weems, visited the Property in or about June 2021, and set the thermostat to 62 degrees upon leaving. Thereafter, no one visited the Property until Ms. Weems returned on September 12, 2021. When she arrived, she felt a gust of hot air when she opened the front door and found that the Property had suffered morphing and distortion of features, floors, walls, and piping. Chris Dinner opined that, because the batteries in the thermostat had run out, the furnace could not shut off. Plaintiff made a property claim for the Loss to State Farm, and State Farm denied coverage stating that "the predominant cause of loss is mechanical breakdown of the thermostat. Your Homeowners Policy, Form FP-7955 CA, as modified by Endorsement FE-3422, specifically excludes coverage for this type of damage." After unsuccessfully pleading for State Farm to reverse its denial because a battery reaching the end of its useful life is not a "mechanical breakdown," Plaintiff filed the instant suit. Plaintiff seeks cost of repair damages in the amount of $275,548.00, out of pocket expenses in the amount of 6,280.97, and *Brandt* fees in the amount of $45,791 (and rising) for a total of $322,169.97 to date. See *Brandt v. Superior Court* (1985) 37 Cal.3d 813.

///

///

///

### III. LEGAL ISSUES

The legal issues here are whether the State Farm policy owes coverage to Plaintiff for the loss and whether State Farm's denial was in bad faith entitling Plaintiff to bad faith damages pursuant to *Brandt v. Superior Court*, *supra*.

### IV. MOTIONS

Plaintiff filed her Motion for Partial Summary Judgment on May 23, 2023, seeking partial summary judgment on its first cause of action for declaratory relief that State Farm owes coverage for the Loss because (1) the Policy's Power Interruption coverage applies to grant coverage for the Loss, and (2) exclusions (g) and (l) do not apply.  State Farm will file its Opposition/Cross-Motion for Summary Judgment on or before June 22, 2023.  The hearing date for that Motion is October 5, 2023.

### V. DISCOVERY

As agreed at the onset of this litigation, the parties worked together and agreed to an extensive Stipulation of Facts and Authentication of Documents so as to file cross-motions for summary judgment, removing the possibility of a triable issue of material fact preventing the Court's adjudication of the key legal issues between the parties.

Given the pending Motion for Partial Summary Judgment to be heard in October, the parties agree that an extension of the current July 14, 2023 Fact Discovery Cut Off is appropriate for all remaining discovery.  The parties agree that the next phase of discovery and depositions may become unnecessary given the outcome of the Motion.  Therefore, the parties request that the court continue the following deadlines:

| Prior Deadline | Requested Revised Deadline |
| --- | --- |
| July 14, 2023 Fact Discovery Cut Off/Last Date to Designate Opening Expert Reports | January 29, 2024 |
| August 8, 2023 Last Day to Designate Rebuttal Experts With Report | February 26, 2024 |
| September 1, 2023 Expert Discovery Cut Off | March 21, 2024 |

### VI. SETTLEMENT AND ADR

The Parties attended private mediation on May 12, 2023 with mediator Arnie Levinson, but the case did not settle.  The parties believe further efforts at resolution will not be fruitful until such time as there is a ruling on Plaintiff's Motion for Partial Summary Judgment.

### VII. BIFURCATION AND SEPARATE TRIAL OF ISSUES

The parties do not anticipate the need for bifurcation of any issues.

### VIII. TRIAL

The parties anticipate they will be ready for trial by May 2024.  Trial is anticipated to take 5-7 days, and Plaintiff has requested a jury.

### IIX. SCHEDULING

The parties request the following dates for Final Settlement Conference and Trial:

FSC:  April 25, 2024

Trial:  May 7, 2024

### IX. OTHER MATTERS

N/A.

Dated: June 1, 2023                                  WOLKIN • CURRAN, LLP

                                                                  */s/ Brandt L. Wolkin*
                                                    By: _____
                                                                  Brandt L. Wolkin, Esq.
                                                                  Catharine M. Tolson, Esq.
                                                    Attorneys for Plaintiff GLORIA SPALINGER

Dated: June 1, 2023                                  HAYES SCOTT BONINO ELLINGSON
                                                    GUSLANI SIMONSON & CLAUSE LLP

                                                                  */s/ Stephen P. Ellingson*
                                                    By: _____
                                                                  Stephen M. Hayes, Esq.
                                                                  Stephen P. Ellingson, Esq.
                                                    Attorneys for Defendant STATE FARM GENERAL INSURANCE COMPANY

5.

## SIGNATURE ATTESTATION

In accordance with L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory listed on the signature page.

Dated: June 1, 2023

WOLKIN • CURRAN, LLP

By: */s/ Brandt L. Wolkin*

Brandt L. Wolkin, Esq.
Catharine M. Tolson, Esq.
Attorneys for Plaintiff
GLORIA SPALINGER

# [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: _____

THE HONORABLE EDWARD J. DAVILA,
U.S. DISTRICT COURT JUDGE