| | |
|---|---|
| Brandt L. Wolkin, Esq. (SBN 112220) | Stephen M. Hayes, Esq. (SBN 83583) |
| bwolkin@wolkincurran.com | shayes@hayesscott.com |
| Catharine M. Tolson, Esq. (SBN 271223) | Stephen P. Ellingson, Esq. (SBN 136505) |
| ctolson@wolkincurran.com | sellingson@hayesscott.com |
| **WOLKIN · CURRAN, LLP** | **HAYES SCOTT BONINO** |
| 111 Maiden Lane, Sixth Floor | **ELLINGSON & GUSLANI LLP** |
| San Francisco, California 94108 | 333 Twin Dolphine Drive, Suite 230 |
| Telephone:   (415) 982-9390 | Redwood City, California 94065 |
| Facsimile:   (415) 982-4328 | Telephone: 650.637.9100 |
| | Facsimile: 650.637.8071 |
| Attorneys for Plaintiff | |
| GLORIA SPALINGER | Attorneys for Defendant |
| | STATE FARM GENERAL INSURANCE |
| | COMPANY (erroneously sued as State Farm Fire and Casualty Company) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLORIA SPALINGER, an individual, | Case No.: 5:22-cv-04193-EJD |
| Plaintiff, | |
| v. | **JOINT TRIAL SETTING CONFERENCE STATEMENT** |
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation; and DOES 1 through 10, | JUDGE: The Honorable Edward J. Davila |
| | Complaint filed: July 19, 2022 |
| Defendants. | |

Pursuant to the Court's March 12, 2024 Case Management Order [Dkt. 46], counsel for the below-identified parties hereby submit this Joint Trial Setting Conference Statement in advance of the Trial Setting Conference set for March 28, 2024 at 11:00 am in Courtroom 4, 5th Floor of the San Jose Courthouse located at 280 South 1st Street, San Jose, CA 95113.

**I.      JURISDICTION**

This Court has original jurisdiction over this Complaint pursuant to 28 U.S.C. §1332, in that this controversy involves citizens of different states, and the matter in controversy exceeds the sum of $75,000.00 exclusive of interest and costs. Plaintiff Gloria Spalinger is a Citizen of California, residing in California at all times, and Defendant State Farm General Insurance Company ("State Farm") is a corporation organized and existing under the laws of

the State of Illinois, with its principal place of business in Illinois. The Northern District court is the proper venue in that the insured residence is located in Monterey County, California.

## II. SUBSTANCE OF THE ACTION

Plaintiff owns a home located on the NE Corner of 10th and Junipero, Carmel-by-the-Sea, California 93921, located in Monterey County, California (the "Property"), and State Farm issued the Property's homeowners policy under Policy No. 05-B8-Y896-5 effective November 4, 2020 through November 4, 2021 (the "Policy"). In October of 2020, Chris Dinner Heating, Inc. ("Chris Dinner") was hired by Plaintiff to replace the furnace and thermostat at the Property. Plaintiff's daughter, Brandi Weems, visited the Property in or about June 2021, and set the thermostat to 62 degrees upon leaving. Thereafter, no one visited the Property until Ms. Weems returned on September 12, 2021. When she arrived, she felt a gust of hot air when she opened the front door and found that the Property had suffered morphing and distortion of features, floors, walls, and piping. Chris Dinner opined that, because the batteries in the thermostat had run out, the furnace could not shut off. Plaintiff made a property claim for the Loss to State Farm, and State Farm denied coverage. After unsuccessfully pleading for State Farm to reverse its denial, Plaintiff filed the instant suit. Plaintiff seeks cost of repair damages in the amount of $298,200.00, out of pocket expenses in the amount of $6,280.97, and *Brandt* fees in the amount of $75,791 (and rising) for a total of $380,271.97 to date. See *Brandt v. Superior Court* (1985) 37 Cal.3d 813.

## III. LEGAL ISSUES

The legal issue here is whether State Farm's denial was in bad faith entitling Plaintiff to bad faith damages pursuant to *Brandt v. Superior Court*, *supra*

## IV. MOTIONS

The parties' cross-motions for partial summary judgment/summary judgment were heard on October 5, 2023. On February 5, 2024, the Court issued its order granting Plaintiff's motion for partial summary judgment as to her first cause of action for declaratory relief and second cause of action for breach of contract on the grounds that her

2.

claim was covered under the Policy and denying State Farm's motion for summary judgment as to those two causes of action.  [Dkt. 44]

The Court ruled that State Farm's cross-motion as to Plaintiff's third cause of action for bad faith and fourth cause of action under the UCL was premature and stated that State Farm may seek leave to file another motion for summary judgment 30 after the close of all discovery.  State Farm intends to seek such leave after the close of fact discovery to avoid incurring potentially unnecessary expert witness fees.

**V.     DISCOVERY**

As agreed at the onset of this litigation, the parties worked together and agreed to an extensive Stipulation of Facts and Authentication of Documents for the purposes of their cross-motions for summary judgment

Given the Court's ruling on the cross-motions, the parties now intend to engage in discovery.  The parties have exchanged their initial document and witness disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure.

The parties request the following discovery deadlines:

| | |
|---|---|
| Fact Discovery Cut Off | August 2, 2024 |
| Last Day to Designate Opening Expert Reports | November 8, 2024 |
| Last Day to Designate Rebuttal Experts With Report | December 6, 2024 |
| Expert Discovery Cut Off | December 20, 2025 |

**VI.    SETTLEMENT AND ADR**

The Parties attended private mediation on May 12, 2023 with mediator Arnie Levinson, but the case did not settle.

**VII.   BIFURCATION AND SEPARATE TRIAL OF ISSUES**

The parties do not anticipate the need for bifurcation of any issues.

3.

**JOINT TRIAL SETTING STATEMENT; AND [PROPOSED] ORDER**                           CASE NO. 5:22-CV-04193-EJD

**VIII. TRIAL**

Trial is anticipated to take 5-7 days, and Plaintiff has requested a jury.

**IIX. SCHEDULING**

The parties request the following dates for Final Settlement Conference and Trial:

FSC:  January 9, 2025

Trial:  January 17, 2025

**IX.  OTHER MATTERS**

N/A.

Dated: June 1, 2023                    WOLKIN • CURRAN, LLP

*/s/ Brandt L. Wolkin*

By: _____
Brandt L. Wolkin, Esq.
Catharine M. Tolson, Esq.
Attorneys for Plaintiff GLORIA SPALINGER

Dated: June 1, 2023                    HAYES SCOTT BONINO ELLINGSON GUSLANI SIMONSON & CLAUSE LLP

*/s/ Stephen P. Ellingson*

By: _____
Stephen M. Hayes, Esq.
Stephen P. Ellingson, Esq.
Attorneys for Defendant STATE FARM GENERAL INSURANCE COMPANY

# [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: _____
THE HONORABLE EDWARD J. DAVILA,
U.S. DISTRICT COURT JUDGE